## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:                                    Case No. 17-42115-KAC
                                          Chapter 11 Case
The Yoga Center, LLC

Debtor.

_____

## NOTICE OF HEARING AND MOTION

_____

TO: The debtor(s) and other entities specified in Local Rule 9013-3.

1.    CLPF-Velo, LLC moves the court for the relief requested below and gives
      notice of hearing.

2.    The court will hold a hearing on this motion at 1:30 p.m. on November 22,
      2017, in Courtroom No. 2C at the United States Courthouse, at 316 North
      Robert Street, in Saint Paul, Minnesota 55101.

3.    Any response to this motion must be filed and served not later than October
      26, 2017, which is five days before the time set for the hearing (including
      Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING
      THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE
      MOTION WITHOUT A HEARING.

4.    This court has jurisdiction over this motion pursuant to 28 USC §§ 157 and
      1334, FRBP 5005 and Local Rule 1070-1. This proceeding is a core
      proceeding. The petition commencing this chapter 11 case was filed on July
      13, 2017. The case is now pending in this court.

5.    This motion arises under 11 USC § 362(d)(1) and FRBP 4001. This motion
      is filed under FRBP 9014. Movant requests relief with respect to an
      unexpired non-residential lease.  Specifically, Movant requests relief from
      the automatic stay in order to exercise its state law remedies and proceed
      with eviction action in Hennepin County Housing Court.

Debtor is a tenant under an unexpired written non-residential lease with Movant (landlord).  Monthly rent is $13,063.33.  Debtor has failed to pay any rent since filing the bankruptcy petition.

Wherefore, CLPF-Velo, LLC moves the court for an order that lifts the automatic stay to permit Movant to evict Debtor and such other relief as may be just and equitable.

**HANBERY & TURNER P.A.**

Dated: November 8, 2017       /s/ Christopher Kalla
Christopher T. Kalla, #0325818
Douglass E. Turner, #0279948
33 South 6th Street, Suite 4160
Minneapolis, MN 55402
Phone: 612-340-9855
kalla@hnclaw.com
turner@hnclaw.com

Verification.  I, Christopher T. Kalla, as attorney for the moving party, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on:  November 8, 2017      Signed: /s/ Christopher Kalla
Name and Address of Subscriber

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:                                              Case No. 17-42115-KAC
                                                    Chapter 11 Case

The Yoga Center, LLC

Debtor.
_____

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RELIEF
## FROM STAY IN ORDER TO COMMENCE EVICTION PROCEEDINGS
_____

### INTRODUCTION

CLPF-Velo, LLC brings this motion for relief from the automatic stay in order to commence eviction proceedings against Debtor in Hennepin County Housing Court.

### FACTUAL BACKGROUND

There are no facts at issue. Debtor is a tenant that leases real property from Movant located at 103 North Second Street, Minneapolis, MN 55401. There is an unexpired written commercial lease between the parties. Monthly rent is $13,063.33. The lease term began on August 1, 2016. The duration of the lease term is seven years and three months with Debtor having the right to extend the lease term for two successive periods of five years each.

This bankruptcy petition was filed on July 13, 2017. At that time, rent was due and owing for July 2017 ($13,063.33). Debtor has not tendered any payment to Movant since before the filing of this bankruptcy petition. Pre-petition debt is

1

$13,063.33.  Post-petition debt is rent owing for August, September, October and November 2017 for a total of $52,252.32 (4 x $13,063.33) – exclusive of any applicable late fees.

## ARGUMENT

Debtor's proposal leaves Movant without adequate protection.

In the case of an unexpired lease of non-residential real property, the debtor-in-possession has a limited period of time from the date of the petition to assume or reject the lease. 11 U.S.C. § 365(d)(4).  Debtor calculates this date to be November 10, 2017 [docket entry 22, p. 3]. During this period, the debtor-in-possession is required to perform the debtor's obligations under the lease agreement – including payment of all rents under the lease until the lease is assumed or rejected. 11 U.S.C. § 365(d)(3); In re MP Investments, L.L.C., No. 10-02659-ALS11, 2010 WL 7609465, at *5 (Bankr. S.D. Iowa Nov. 18, 2010); In re Worths Stores Corp., 135 B.R. 112, 115 (Bankr. E.D. Mo.1991).

If the debtor-in-possession does not perform such obligations, cause exists to lift the automatic stay under § 362(d)(1). 11 U.S.C. § 362(d)(1).  "Whether a debtor has timely performed its post-petition obligations is relevant to evaluating the assurance of future performance."  In re MP Investments, L.L.C., No. 10-02659-ALS11, 2010 WL 7609465, at *5 (Bankr. S.D. Iowa Nov. 18, 2010).

Here, in addition to the pre-petition debt, Debtor has failed to pay post-petition rent for four months.  Debtor has filed a motion to extend the deadline by when it must either reject or assume the lease with Movant.  Regardless of how the

court decided that motion, there is no legal or factual basis to further relieve Debtor from the ongoing post-petition lease obligations it has to pay monthly rent.

**CONCLUSION**

Movant requests that the Court lift the automatic stay so that it may exercise its state law remedies and commence eviction against Debtor for non-payment of rent.

**HANBERY & TURNER P.A.**

Dated: November 8, 2017                    /s/ Christopher Kalla
                                           Christopher T. Kalla, #0325818
                                           Douglass E. Turner, #0279948
                                           33 South 6th Street, Suite 4160
                                           Minneapolis, MN 55402
                                           Phone: 612-340-9855
                                           kalla@hnclaw.com
                                           turner@hnclaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                    Case No. 17-42115-KAC
                                          Chapter 11 Case
The Yoga Center, LLC

Debtor.

## AFFIDAVIT

Liz Simpson, being duly sworn, deposes and states that:

1.    I am the Multi-Site Business manager with Lincoln Property Company and the Velo Apartments. I manage the building where The Yoga Center, LLC rents space.

2.    I am familiar with the manner in which Velo Apartments' books and records are created and maintained. I regularly use and rely upon these books and records in the performance of my duties. The books and records reviewed in support of this affidavit are made electronically by a person at or near the time the events occurred by a person with knowledge of the events they record. The books and records are maintained in the ordinary course of business, and it is the regular practice of the business to make such records.

3.    Yoga Center, LLC entered into a lease with CLPF-Velo, LLC. Under the lease agreement, the monthly rent is: $10,000.00 base rent; $3,265.00 CAM charges; $125.00 parking.

1

4.    The last payment received from or on behalf of The Yoga Center, LLC was on June 8, 2017 in the amount of $13,390.00 which brought the balance owing to $0.00 and current through June 2017.

5.    No payments have been received since June 8, 2017.

6.    The current balance owing as of November 8, 2017 is $66,950.00. This includes $13,390.00 for the months of July, August, September, October, and November 2017.

7.    Attached to this Affidavit marked as Exhibit A is a current copy of the ledger showing the balance owing for The Yoga Center, LLC.

I declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my knowledge and belief. Minn. Stat. § 358.116.

Dated: November 8, 2017
State of Minnesota
County of Hennepin

Printed Name: Liz Simpson

2

# LINCOLN PROPERTY COMPANY

*a company for people. a company about people.*

**Date : 11/8/2017**

## Resident Ledgers

| Code | t1120833 | Property | 69335r | Lease From | 11/8/2016 |
|---|---|---|---|---|---|
| Name | Yoga Center of Minneapolis, LLC | Unit | R2 | Lease To | 1/31/2024 |
| Address | 115 North Second Street | Status | Current | Move In | 11/8/2016 |
| | R2 | Rent | 10000 | Move Out | |
| City St. Zip | Minneapolis, MN 55401 | Phone(O)- | | Phone(H)- | |

| Date | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|
| 10/13/2016 | (Payable) | (20,360.06) | | (20,360.06) | 5788229 |
| 11/8/2016 | Rent for 23 days | 11,354.33 | | (9,005.73) | 53360619 |
| 11/8/2016 | RENT- no rent for first three months per lease. JH | (11,354.33) | | (20,360.06) | 53360632 |
| 11/8/2016 | Security Deposit | 13,063.33 | | (7,296.73) | 53360700 |
| 11/8/2016 | chk# PSID101965612--005905 Terminal PSID 101965612 - CHECK21 | | 13,063.33 | (20,360.06) | 37460350 |
| 11/18/2016 | (Payable) | (99,639.94) | | (120,000.00) | 5788232 |
| 12/12/2016 | Chk# 1647 to payable | | (20,360.06) | (99,639.94) | 3006085 |
| 12/12/2016 | Chk# 1648 to payable | | (99,639.94) | 0.00 | 3006086 |
| 2/1/2017 | Actual Lease Rent (02/2017) | 10,000.00 | | 10,000.00 | 54653686 |
| 2/1/2017 | CAM-Common Area Maint-Recovery (02/2017) | 3,265.00 | | 13,265.00 | 54653687 |
| 2/1/2017 | Retail - Parking Income (02/2017) | 125.00 | | 13,390.00 | 54653688 |
| 2/7/2017 | chk# PSID108085039--006281 Terminal PSID 108085039 - CHECK21 | | 13,390.00 | 0.00 | 38166605 |
| 3/1/2017 | Retail - Rental Income (03/2017) | 10,000.00 | | 10,000.00 | 55121171 |
| 3/1/2017 | CAM-Common Area Maint-Recovery (03/2017) | 3,265.00 | | 13,265.00 | 55121172 |
| 3/1/2017 | Retail - Parking Income (03/2017) | 125.00 | | 13,390.00 | 55121173 |
| 3/27/2017 | chk# PSID111014685--006311 Terminal PSID 111014685 - CHECK21 | | 13,390.00 | 0.00 | 38483968 |
| 4/1/2017 | Retail - Rental Income (04/2017) | 10,000.00 | | 10,000.00 | 55622914 |
| 4/1/2017 | CAM-Common Area Maint-Recovery (04/2017) | 3,265.00 | | 13,265.00 | 55622915 |
| 4/1/2017 | Retail - Parking Income (04/2017) | 125.00 | | 13,390.00 | 55622916 |
| 5/1/2017 | Retail - Rental Income (05/2017) | 10,000.00 | | 23,390.00 | 56119726 |
| 5/1/2017 | CAM-Common Area Maint-Recovery (05/2017) | 3,265.00 | | 26,655.00 | 56119727 |
| 5/1/2017 | Retail - Parking Income (05/2017) | 125.00 | | 26,780.00 | 56119728 |
| 5/2/2017 | chk# PSID114282742--006375 Terminal PSID 114282742 - CHECK21 | | 13,390.00 | 13,390.00 | 38894629 |
| 5/18/2017 | chk# PSID115307866--006401 Terminal PSID 115307866 - CHECK21 | | 13,390.00 | 0.00 | 38998524 |



EXHIBIT

A

| 6/1/2017 | Retail - Rental Income (06/2017) | 10,000.00 | | 10,000.00 | 56628493 |
| 6/1/2017 | CAM-Common Area Maint-Recovery (06/2017) | 3,265.00 | | 13,265.00 | 56628494 |
| 6/1/2017 | Retail - Parking Income (06/2017) | 125.00 | | 13,390.00 | 56628495 |
| 6/8/2017 | chk# PSID117715134 Terminal PSID 117715134 - CHECK21 | | 13,390.00 | 0.00 | 39233092 |
| 7/1/2017 | Retail - Rental Income (07/2017) | 10,000.00 | | 10,000.00 | 57163980 |
| 7/1/2017 | CAM-Common Area Maint-Recovery (07/2017) | 3,265.00 | | 13,265.00 | 57163981 |
| 7/1/2017 | Retail - Parking Income (07/2017) | 125.00 | | 13,390.00 | 57163982 |
| 8/1/2017 | Retail - Rental Income (08/2017) | 10,000.00 | | 23,390.00 | 57709890 |
| 8/1/2017 | CAM-Common Area Maint-Recovery (08/2017) | 3,265.00 | | 26,655.00 | 57709891 |
| 8/1/2017 | Retail - Parking Income (08/2017) | 125.00 | | 26,780.00 | 57709892 |
| 9/1/2017 | Retail - Rental Income (09/2017) | 10,000.00 | | 36,780.00 | 58263662 |
| 9/1/2017 | CAM-Common Area Maint-Recovery (09/2017) | 3,265.00 | | 40,045.00 | 58263663 |
| 9/1/2017 | Retail - Parking Income (09/2017) | 125.00 | | 40,170.00 | 58263664 |
| 10/1/2017 | Retail - Rental Income (10/2017) | 10,000.00 | | 50,170.00 | 58810579 |
| 10/1/2017 | CAM-Common Area Maint-Recovery (10/2017) | 3,265.00 | | 53,435.00 | 58810580 |
| 10/1/2017 | Retail - Parking Income (10/2017) | 125.00 | | 53,560.00 | 58810581 |
| 11/1/2017 | Retail - Rental Income (11/2017) | 10,000.00 | | 63,560.00 | 59364355 |
| 11/1/2017 | CAM-Common Area Maint-Recovery (11/2017) | 3,265.00 | | 66,825.00 | 59364356 |
| 11/1/2017 | Retail - Parking Income (11/2017) | 125.00 | | 66,950.00 | 59364357 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
_____

In re:                                    Case No. 17-42115-KAC
                                          Chapter 11 Case

The Yoga Center, LLC

Debtor.
_____

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of CLPF-Velo, LLC for relief

from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §

362(d) to warrant relief.

IT IS ORDERED:

1.      The motion for relief from stay is granted as follows:

2.      The automatic stay imposed by 11 U.S.C. § 362(a) is terminated

such that the movant may exercise its rights and remedies under applicable non-

bankruptcy law with respect to the following property:

103 North Second Street, Minneapolis, MN 55401, Hennepin County

3.      Notwithstanding Fed. R. Bank. P. 4001(a)(3), this order is effective

immediately.


Dated: _____      _____
                               United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:                                  Case No. 17-42115-KAC
                                        Chapter 11 Case
The Yoga Center, LLC

Debtor.

_____

### UNSWORN DECLARATION FOR PROOF OF SERVICE

I, Christopher Kalla, attorney with Hanbery & Turner, P.A., licensed to practice law in this court, with the office address of 33 South Sixth Street, Suite 4160, Minneapolis, MN 55402 declares, that on November 8, 2017, I served the annexed documents:

1. Notice of Hearing and Motion
2. Memorandum of law in support of motion for relief from stay in order to commence eviction proceedings
3. Affidavit of Liz Simpson and attached Exhibit A
4. Proposed order

by mailing to them a copy via first class mail

The Yoga Center, LLC              Neil Reimer
103 N. 2nd Street            201 S. 11th St., Unit 2320
Minneapolis, MN 55401             Minneapolis, MN 55403-2774

and delivered by e-mail notification under CM/ECF on the day e-filed with the court to each of them as follows:

Office of the United States Trustee       Michael Sheridan, Esq.
                                          Atlas Law Firm
                                          7900 International Drive, Suite 300
                                          Bloomington, MN 55425-2562

Dated: November 8, 2017              _____/s/ Christopher T. Kalla_____
                                     Printed Name: Christopher Kalla