UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-----------------------------------------------------------

In re:

                                  BKY 17-42115-KAC

The Yoga Center, LLC,

                                  Chapter 11

          Debtor.

-----------------------------------------------------------

**APPLICATION FOR CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT**

The Yoga Center, LLC, the Debtor, through its counsel, and submits the following Application:

1.      The Yoga Center, LLC is the Debtor in this case and is acting as Debtor-In-Possession. The case was originally filed on July, 13, 2017.

2.      This Application is submitted pursuant to 11 U.S.C. §1121(e) and Bankruptcy Rules of Procedure 3016, 3017 and Local Rule 3017-1.1.

3.      On December 29, 2017 the Debtor has filed a Plan of Reorganization and a Disclosure Statement. Pursuant to Local Bankruptcy Rule 3017-1.1, the Debtor seeks an Order conditionally approving its Disclosure Statement and fixing a time within which:

      a.      Creditors may vote to accept or reject the Debtor's Plan;

      b.      Fixing a time for filing objections to the Disclosure Statement;

      c.      Fixing a date for a hearing on final approval of the Disclosure Statement and;

      d.      Fixing a date for hearing on confirmation of the Debtor's Plan.

4.      The Debtor has, concurrent to filing the Plan of Reorganization and Disclosure Statement, served the same to the U.S. Trustee's Office for comments. The U.S. Trustee's office comments are pending. Should U.S. Trustee's office comments require the filing of an Amended Plan of Reorganization or Disclosure Statement, the Debtor will make the changes as necessary.

WHEREFORE, the Debtor requests an Order of the Court for the following:

1.   Conditionally Approving its Disclosure Statement;

2.   Fixing a time within which Creditors may vote to accept or reject the Debtor's Plan;

3.   Fixing a time for filing objections to the Joint Disclosure Statement or the Joint Plan;

4.   Fixing a date for a hearing on final approval of the Disclosure Statement; and

5.   Fixing a date for hearing on confirmation of the Debtor's Plan.


Dated: December 29, 2017                Respectfully submitted,

                                        ATLAS LAW FIRM, LLC

                                        By: /e/ Michael J. Sheridan
                                        Michael J. Sheridan (#0388936)
                                        Attorney for Debtor
                                        7900 International Dr., Suite 300
                                        Bloomington, MN 55425
                                        (763) 229-7538